# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TENNESSEE GAS PIPELINE COMPANY, | CIVIL ACTION NO. 3:CV-11-028 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | |
| PERMANENT EASEMENT FOR 1.7320 ACRES AND TEMPORARY EASEMENTS FOR 5.4130 ACRES IN SHOHOLA TOWNSHIP, PIKE COUNTY, PENNSYLVANIA, TAX PARCEL NUMBERS 49.00-1-15, 49.00-1-19, 49.00-1-20 AND 62.00-01-57, *et al.*, | |
| Defendants. | |

## ORDER

**NOW**, this 24th day of February, 2014, **IT IS HEREBY ORDERED** that

(1) Judgment is to be entered in favor of Defendant Fox Hollow and against Plaintiff Tennessee Gas Pipeline Company in the amount of $78,545.66.

(2) Upon payment to Fox Hollow, judgment will be entered in favor of Tennessee Gas Pipeline Company for the title of the Rights of Way.

(3) Post-trial motions are to be filed in accordance with the Local Rules of the United States District Court for the Middle District of Pennsylvania and the Federal Rules of Civil Procedure with the time for filing to be calculated from the date of entry of this Order.

(4) The Clerk of Court is directed to mark the case as closed.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge